498 A.2d 869

**Della LeFLAR, et al.**

v.

**GULF CREEK INDUSTRIAL PARK # 2, et al.**

**Petition of PEERLESS PRODUCTS, INC.**

Supreme Court of Pennsylvania.

Oct. 7, 1985.

Petition for Allowance of Appeal GRANTED, No. 132 E.D. Appeal Docket 1985.